Submitted April 6, reversed May 31, 2012

In the Matter of L. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

L. B.,
*Appellant.*

Multnomah County Circuit Court
110869544; A149612

280 P3d 395

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of the trial court's judgment committing him as a mentally ill person for a period of time not to exceed 180 days. ORS 426.130. He contends that the trial court erred in concluding that he is a danger to himself as the result of a mental disorder. *See* ORS 426.005(1). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.